UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. _____
(pending assignment)

_____x

ANDREA K. TANTAROS

*Petitioner*;

-against-

FOX NEWS NETWORK, LLC, FOX CORPORATION,
INC., ROGER AILES, WILLIAM SHINE,
JOHN FINLEY, SCOTT BROWN, RICHARD "BO"
DIETL, AND JOHN DOES 1-10.

       *Respondents*.
_____x

## DECLARATION OF TIMELY FILING

I, Andrea K. Tantaros declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following statements are true and correct to the best of my knowledge:

1. On February 27, 2025, at 4:46 PM (ET), I submitted my Complaint with the above caption *Andrea K. Tantaros v. Fox News Network, LLC, Fox Corporation, Roger Ailes (via his Estate), William Shine, John Finley, Scott, Brown, Richard "Bo" Dietl* along with accompanying Exhibit A, Summons for each individual Defendant**,** Civil Cover Sheet, and related filings via email to the Pro Se Office of the U.S. District Court for the Southern District of New York at the designated email address for pro se filings.

2. Upon submission, I received an automated confirmation email from the SDNY Pro Se Office at 4:46 PM (ET) on February 27, 2025, confirming that my filing had been received (*See* Exhibit A: "Acknowledgment of Receipt").

3. On February 28, 2025, I contacted the SDNY Pro Se Office at 10:50 a.m. and both a staff member and a supervisor (Nick) confirmed that while it may take 24-48 hours for filings

    to be uploaded to the docket, my complaint will be marked as filed as of the date and time it was received by the Pro Se Office—February 27, 2025, at 4:46 PM (ET).

4. I have attached a true and correct copy of the Pro Se Office's confirmation email as Exhibit A to further document the date and time of my submission.

5. This declaration is being submitted out of an abundance of caution to formally confirm and preserve the record that my Complaint containing claims under the Gender Motivated Violence Act (GMVA), (and additional underlying claims, including separate Federal and State Claims) was timely filed before the **March 1, 2025** statute of limitations deadline.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: February 28, 2025
New York, New York

Signature: _____
Andrea K. Tantaros
302A West 12th Street
Suite 102
New York, New York 10014
andreanaktantaros@tutanota.com
Phone: 917-923-5160