# EXHIBIT H

Return of Service, *Tantaros v. Fox News IV*, ECF No. 24

# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of New York

Index Number: 1:25-CV-00961 (VSB)                                  Date Filed: _____

Petitioner:
**ANDREA K. TANTAROS**

vs.

Respondent:
**ELIZABETH AILES, THE ESTATE OF ROGER AILES**

For:
ANDREA TANTAROS

Received by Ronald Ryan on the 10th day of February, 2025 at 9:32 am to be served on **ELIZABETH AILES, 6 OCEAN LANE, PALM BEACH, FL 33480**

I, Ronald Ryan, do hereby affirm that on the **10th day of February, 2025** at **11:07 am, I:**

After unsuccessfully making contact with the servee or a co-resident I delivered a copy of the SUMMONS, ORDER TO SHOW CAUSE, and PETITION IN SUPPORT OF EMERGENCY OSC FOR TRO by posting it on the front door in a conspicuous place and took photo of same. Additionally, I mailed out a copy of the documents addressed to the servee as Personal and Confidential on 2/10/2025.

"Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. 92.525 that I have read the foregoing document and the facts stated in it are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the county in which service was affected in accordance with State Statute."

**Ronald Ryan**
3059

**Proactive Process Servers, LLC.**
**4640 Lucerne Lakes Blvd. W**
**#504**
**Lake Worth, Fl 33467**
**(561) 843-3340**

Our Job Serial Number: RNR-2025000068

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

Andrea K. Tantaros

*Plaintiff(s)*

v.

Fox News Network, LLC et al

*Defendant(s)*

Civil Action No. 25cv961

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Elizabeth Ailes, The Estate of Roger Ailes
6 Ocean Lane
Palm Beach, FL 33480

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Andrea K. Tantaros

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 02/06/2025

*Tammi M. Hellwig*

*Signature of Clerk or Deputy Clerk*

# Exhibit #1

### "Photo of Respondent Ailes' Residence with Address Displayed"



# Exhibit #2

## "Photo of Summons and Pleadings on Front Door"

Case 1:25-cv-00761-VSB   Document 48   Filed 06/06/25   Page 56 of 67

