**Exhibit 1 – "Fox News Legal Privilege Log Entry of August 20, 2015 Following Contemporaneous Internal Complaints by Plaintiff Documenting the Incident Involving Scott Brown on August 18, 2015"**

Case 1:25-cv-01675-VSB     Document 20-1     Filed 07/10/25     Page 1 of 2

# July 30, 2018 PRIVILEGE LOG FOR FOX NEWS NETWORK, LLC, DIANNE BRANDI, IRENA BRIGANTI, AND SUZANNE SCOTT

*Fox News Network, LLC v. Andrea Tantaros*, Case No. 01-16-0001-7288

| Control Number | Date | From | To | CC | Document Title | Entirely Privileged or Redacted | Privilege Asserted | Narrative | Bates Number |
|---|---|---|---|---|---|---|---|---|---|
| CTRL0000067378 | 8/19/2014 13:22 | Perry, Babette | Brandi, Dianne | Chase, Ashley | Andrea Tantaros | Entirely Privileged | Work Product | Dianne Brandi's handwritten attorney notes reflecting mental impressions from meeting with Babette Perry regarding contract negotiation | |
| CTRL0000067379 | 4/19/2016 0:00 | | | | Handwritten Notes | Entirely Privileged | Work Product | Dianne Brandi's handwritten attorney notes prepared in connection with legal investigation into Tantaros's sexual harassment claims | |
| CTRL0000067380 | 8/20/2015 0:00 | | | | Handwritten Notes | Entirely Privileged | Attorney-Client; Work Product | Dianne Brandi's handwritten attorney notes prepared in connection with legal investigation into Tantaros's sexual harassment claims | |
| CTRL0000067382 | 4/6/2016 0:00 | | | | Notes re: Andrea Tantaros Interview | Entirely Privileged | Work Product | Brandi notes prepared in connection with interview of Tantaros to investigate her personal safety and sexual harassment claims | |