**Exhibit 2 – "Outnumbered Instagram Account Documenting Defendant Brown Appearing as a Guest on August 18, 2015"**



199 likes

outnumberedfnc Are you watching? We're talking #election2016

August 18, 2015