UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREA K. TANTAROS,<br><br>*Plaintiff*,<br><br>-against-<br><br>FOX NEWS NETWORK, LLC, FOX CORPORATION, INC., ROGER AILES, WILLIAM SHINE, JOHN FINLEY SCOTT BROWN AND SUZANNE SCOTT,<br><br>*Defendants*. | Case No. 1:25-CV-01675 (VSB) |

**[PROPOSED] ORDER SETTING ANSWER OR RESPONSE DEADLINE**

NOW, on this _____ day of _____, 2025, upon consideration of Defendants Fox News Network, LLC, Fox Corporation and Suzanne Scott's (the "Fox Defendants") response to Plaintiff Andrea Tantaros' Declaration of Proof of Service (Dkt. 23) and having read and considered all the information filed by all parties and all other matters properly before the Court, the Court GRANTS the Fox Defendants request and orders that Fox News Network, LLC, Fox Corporation, Suzanne Scott, and William Shine[1] answer or otherwise respond to Plaintiff's Amended Complaint by September 19, 2025.

IT IS SO ORDERED.

Dated:_____                           _____
                                            HONORABLE VERNON S. BRODERICK
                                            UNITED STATES DISTRICT COURT JUDGE

---

[1] William Shine has likewise filed a response to Plaintiff's Declaration of Proof Service seeking a response deadline of September 19, 2025.