# EXHIBIT A

| | |
|---|---|
| **From:** | Wood, Benjamin (OfCnl-NY-LT) <Benjamin.Wood@gtlaw.com> |
| **Sent:** | Monday, July 14, 2025 8:42 PM |
| **To:** | andreanaktantaros@tutanota.com |
| **Cc:** | Edlin, Richard A. (Shld-NY) |
| **Subject:** | RE: Tantaros v. Fox News Network, LLC, Case No. 25-cv-1675 (VSB) |

Dear Ms. Tantaros:

We're writing regarding your opposition papers to Mr. Brown's motion to dismiss, which were docketed this afternoon at ECF Nos. 19 and 20. We've been unable to locate two decisions cited on page 10 of your memorandum of law. The case citations as they appear in your brief are listed below (omitting the pincites). Would you please send us copies of these decisions? As Mr. Brown's reply brief is due a week from today, we'd ask that you send them as soon as you can.

*M.D. v. New York State Off. for People with Developmental Disabilities*, 2023 WL 3404357 (S.D.N.Y. 2023)
*Roe v. Bernabei & Katz, PLLC*, 314 F. Supp. 3d 200 (D.D.C. 2018)

Thank you,
Ben

**Benjamin Wood**
Of Counsel

Greenberg Traurig, LLP
One Vanderbilt Avenue | New York, NY 10017
T +1 212.801.9339
Benjamin.Wood@gtlaw.com  |  www.gtlaw.com  |  View GT Biography



---

**From:** Wood, Benjamin (OfCnl-NY-LT) <Benjamin.Wood@gtlaw.com>
**Sent:** Thursday, June 26, 2025 1:09 PM
**To:** andreanaktantaros@tutanota.com
**Cc:** Edlin, Richard A. (Shld-NY) <EDLINR@gtlaw.com>
**Subject:** RE: Tantaros v. Fox News Network, LLC, Case No. 25-cv-1675 (VSB)

Dear Ms. Tantaros:

Pursuant to Rule 4.C of Judge Broderick's Individual Rules & Practices in Civil Cases, I've attached copies of the unpublished opinions cited in Scott Brown's motion to dismiss.

Regards,
Ben

**Benjamin Wood**
Of Counsel

Greenberg Traurig, LLP
One Vanderbilt Avenue | New York, NY 10017
T +1 212.801.9339
Benjamin.Wood@gtlaw.com  |  www.gtlaw.com  |  View GT Biography



---

**From:** Wood, Benjamin (OfCnl-NY-LT)
**Sent:** Thursday, June 26, 2025 1:06 PM
**To:** 'andreanaktantaros@tutanota.com' <andreanaktantaros@tutanota.com>
**Cc:** Edlin, Richard A. (Shld-NY) <EDLINR@gtlaw.com>
**Subject:** Tantaros v. Fox News Network, LLC, Case No. 25-cv-1675 (VSB)

Dear Ms. Tantaros:

We represent defendant Scott Brown in the above-referenced action. I've attached courtesy copies of Mr. Brown's motion to dismiss and supporting documents, filed a short time ago. We will send copies of the unpublished cases cited in the motion by separate email.

Regards,
Ben

**Benjamin Wood**
Of Counsel

Greenberg Traurig, LLP
One Vanderbilt Avenue | New York, NY 10017
T +1 212.801.9339
Benjamin.Wood@gtlaw.com  |  www.gtlaw.com  |  View GT Biography



2