UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

ANDREA K. TANTAROS,

*Plaintiff*,

v.

FOX NEWS NETWORK, LLC, FOX CORPORATION, JOHN FINLEY, SCOTT BROWN, SUZANNE SCOTT, WILLIAM SHINE, THE ESTATE OF ROGER AILES.

*Defendants*.

Case No. 25-cv-01675 (VSB)

### DECLARATION OF ANDREA K. TANTAROS IN SUPPORT OF PLAINTIFF'S REPLY IN OPPOSITION TO DEFENDANT SCOTT BROWN'S SUPPLEMENTAL MOTION TO DISMISS

I, Andrea K. Tantaros, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am the Plaintiff in the above-captioned action, and I submit this declaration in further support of my first Reply in Opposition to the Motion to Dismiss filed by Defendant Scott Brown and in support of my Reply in Opposition to the Supplemental Motion to Dismiss filed by Defendant Brown.

2. My claims under New York's Gender Motivated Violence Act ("GMVA") are fully plead, based on documented facts, contemporaneous reporting, and corroborating evidence maintained by Plaintiff and Fox News Network, LLC itself.

3. The claims outlined in my Amended Complaint specificity meet the exceed the plausibility standard to overcome a request for dismissal under FRCP 12(b).

4. I have provided factual content and evidence directly from Fox News Network's own privilege log showing that an investigation was commenced by Fox News General Counsel following Scott Brown's public misconduct of sexual assault against me that followed the live airing of my program that allows the court to draw more than a reasonable inference that the defendant is liable for the misconduct alleged – a standard that requires "more than a sheer possibility that a defendant has acted unlawfully."

5. Service upon Scott Brown was effectuated timely, and was reasonably calculated to provide actual notice to Defendant who suffered no prejudice as a result.

6. In further support of my service efforts, I served both Scott Brown at his abode at 33 Ocean View Avenue in Rye, NH and his counsel of record, Richard Edlin, on July 13, 16 2025 via USPS Certified First Class Mail.

7. My claims under the GMVA were timely-filed following the Amendment passed permitting a look-back window of years, even decades, allowing claims to proceed that would normally be time barred.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: July 7, 2025

Respectfully submitted,

*/s/ Andrea K. Tantaros*

Andrea K. Tantaros, *Plaintiff*