UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREA K. TANTAROS,<br><br>       *Plaintiff*,<br><br>-against-<br><br>FOX NEWS NETWORK, LLC, FOX CORPORATION, INC., ROGER AILES, WILLIAM SHINE, JOHN FINLEY, SCOTT BROWN, AND SUZANNE SCOTT,<br><br>       *Defendants*. | Case No. 1:25-CV-01675(VSB)<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF MOTION TO DISMISS AMENDED COMPLAINT WITH PREJUDICE**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 12(b)(6) and upon the accompanying Memorandum of Law (the "Memorandum") and the Declaration of Paul Evans dated September 2, 2025, and the Exhibits thereto, Defendants Fox News Network, LLC ("Fox News"), Fox Corporation, and Suzanne Scott (collectively, the "Fox Parties") will and hereby do move this Court, at such time and place as the Court designates, for an order dismissing the Amended Complaint of Andrea K. Tantaros against the Fox Parties in its entirety with prejudice, as described further in the Memorandum.

Dated: September 2, 2025

Respectfully submitted,

PAUL HASTINGS LLP

By: _____
Paul C. Evans, Bar No. 5824438
paulevans@paulhastings.com
Krissy A. Katzenstein, Bar No. 5956602
krissykatzenstein@paulhastings.com
200 Park Avenue
New York, New York 10166
Telephone:  1(212) 318-6000
Facsimile:  1(212) 319-4090

*Attorneys for Defendants Fox News Network, LLC, Fox Corporation, and Suzanne Scott*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2025, I electronically filed the foregoing Notice of Motion to Dismiss, the [Proposed] Order, the supporting Memorandum of Law and the Declaration of Paul Evans and accompanying exhibits, with the clerk of the United States District Court for the Southern District of New York, using the court's CM/ECF system, which will automatically send a notice of electronic filing to all counsel of record.

Paul C. Evans