UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREA K. TANTAROS,<br><br>*Plaintiff*,<br><br>-against-<br><br>FOX NEWS NETWORK, LLC, FOX CORPORATION, INC., ROGER AILES, WILLIAM SHINE, JOHN FINLEY, SCOTT BROWN, AND SUZANNE SCOTT,<br><br>*Defendants*. | Case No. 1:25-CV-01675(VSB) |

**[PROPOSED] ORDER GRANTING FOX NEWS NETWORK, LLC, FOX CORPORATION, AND SUZANNE SCOTT'S MOTION TO DISMISS**

NOW, on this ____ day of _____, 2025, upon consideration of Defendants Fox News Network, LLC, Fox Corporation, and Suzanne Scott's Motion to Dismiss Plaintiff's Amended Complaint, and having read and considered all of the memoranda and evidence filed by all parties, any arguments of counsel, the relevant statutory and case law, and all other matters properly before the Court, and good cause appearing therefore, the Court GRANTS the Motion in its entirety and DISMISSES Plaintiff's Amended Complaint against the Fox Parties WITH PREJUDICE.

IT IS SO ORDERED.

Dated: _____                              _____
                                               HONORABLE VERNON S. BRODERICK
                                               UNITED STATES DISTRICT COURT JUDGE