# EVANS DECLARATION EXHIBIT 1 FILED UNDER SEAL