# EVANS DECLARATION
# EXHIBIT 4

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---------------------------------------------x

| | |
|---|---|
| ANDREA TANTAROS, | : IAS Part 58 |
| | : |
| *Plaintiff*, | : Hon. David B. Cohen |
| | : |
| -- against -- | : Index No. 157054/2016 |
| | : |
| FOX NEWS NETWORK, LLC, ROGER AILES, WILLIAM SHINE, DIANNE BRANDI, IRENA BRIGANTI, and SUZANNE SCOTT, | : **NOTICE OF APPEAL** |
| | : |
| *Defendants*. | : |

---------------------------------------------x

**PLEASE TAKE NOTICE** that pursuant to § 5701 of the New York Civil Practice Law and Rules, and §§ 600.4(a)(1) and (5) of the Rules of the Appellate Division, First Department, Plaintiff-Appellant Andrea Tantaros ("Plaintiff") hereby appeals to the Appellate Division of the Supreme Court for the First Judicial Department, from the annexed Amended Orders of the Supreme Court of the State of New York, County of New York, Hon. David B. Cohen, J.S.C., issued on February 15, 2017, entered by the Clerk of Court on March 23, 2017, and served with Notice of Entry on March 23, 2017 (Motion Seq. Nos. 3 & 4).

Plaintiff appeals from each and every part of the Orders.

[INTENTIONALLY LEFT BLANK]

Dated: New York, New York
      March 24, 2017

Respectfully submitted,

JUDD BURSTEIN, P.C.,

By: _____
    Judd Burstein
5 Columbus Circle, Suite 1501
New York, New York 10019
Tel.: (212) 974-2400
Fax: (212) 974-2944
*Attorneys for Plaintiff*

To:    DECHERT LLP
Andrew J. Levander
1095 Avenue of the Americas
New York, New York 10036
Tel.: (212) 698-3500
Fax: (212) 698-3599
*Attorneys for Defendants Fox News Network, LLC, William Shine, Dianne Brandi, Irena Briganti, and Suzanne Scott*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Peter E. Calamari
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel.: (212) 849-7000
Fax: (212) 849 7100
*Attorneys for Defendant Roger Ailes*

2

# SUPREME COURT OF THE STATE OF NEW YORK - NEW YORK COUNTY

| PRESENT: | COHEN, DAVID BENJAMIN | PART | 58 |
|---|---|---|---|
| | *Justice* | | |

*Amended Order*

TANTAROS, ANDREA

INDEX NO. 157054/2016

MOTION DATE

- v -

FOX NEWS NETWORK, LLC

MOTION SEQ. NO. 003

---

The following papers, numbered 1 to _____, were read on this application to/for _____

| Notice of Motion/ Petition/ OSC - Affidavits - Exhibits | No(s) | 1 |
| Answering Affidavits - Exhibits | No(s) | 2 |
| Replying | No(s) | 3 |

**Upon the foregoing papers, it is**

Motion granted for the reasons stated on the record. Matter disposed and may be restored as permitted per CPLR 7503(a).

DATE: 2/15/2017

COHEN, DAVID BENJAMIN, JSC

DATE: 3/20/2017

COHEN, DAVID BENJAMIN, JSC

| 1. CHECK ONE | : | [X] CASE DISPOSED | [ ] NON-FINAL DISPOSITION | |
| 2. APPLICATION | : | [X] GRANTED [ ] DENIED | [ ] GRANTED IN PART | [ ] OTHER |
| 3. CHECK IF APPROPRIATE | : | [ ] SETTLE ORDER | [ ] SUBMIT ORDER | |
| | | [ ] DO NOT POST | [ ] FIDUCIARY APPOINTMENT | [ ] REFERENCE |

157054/2016   TANTAROS, ANDREA VS. FOX NEWS NETWORK, LLC   Motion No. 004

SUPREME COURT OF THE STATE OF NEW YORK -
NEW YORK COUNTY

PRESENT: COHEN, DAVID BENJAMIN                                    PART    58
                                           Justice

                                                                  *Amended Order*

TANTAROS, ANDREA

                                                  INDEX NO.        157054/2016

                                                  MOTION DATE

            - v -

                                                  MOTION SEQ. NO.  004

FOX NEWS NETWORK, LLC


The following papers, numbered 1 to _____, were read on this application to/for _____

| | No(s) | |
|---|---|---|
| Notice of Motion/ Petition/ OSC - Affidavits - Exhibits | No(s) | 1 |
| Answering Affidavits - Exhibits | No(s) | 2 |
| Replying | No(s) | 3 |

Upon the foregoing papers, it is

Motion granted for the reasons stated on the record. Matter disposed and may be restored as permitted per CPLR 7503(a).

DATE:  2/15/2017

COHEN, DAVID BENJAMIN, JSC

DATE:  3/20/2017

                                                     COHEN, DAVID BENJAMIN , JSC

1. CHECK ONE           :  [X] CASE DISPOSED       [ ] NON-FINAL DISPOSITION
2. APPLICATION         :  [X] GRANTED  [ ] DENIED [ ] GRANTED IN PART      [ ] OTHER
3. CHECK IF APPROPRIATE :  [ ] SETTLE ORDER       [ ] SUBMIT ORDER
                          [ ] DO NOT POST         [ ] FIDUCIARY APPOINTMENT [ ] REFERENCE