# EVANS DECLARATION
# EXHIBIT 5
# FILED UNDER SEAL