# EVANS DECLARATION EXHIBIT 6 FILED UNDER SEAL