# EVANS DECLARATION
# EXHIBIT 7
# FILED UNDER SEAL