# EVANS DECLARATION
# EXHIBIT 8
# FILED UNDER SEAL