UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Andrea K. Tantaros

Plaintiff

Write the first and last name of each plaintiff.

-against-

Fox News Network, LLC, Fox Corporation

William Shine, Suzanne Scott, John T.A. Finley

Scott Brown, Elizabeth Ailes on behalf of
The Estate of Roger Ailes

Write the first and last name of each defendant.

Case No. 25 CV 01675

**CLERK'S CERTIFICATE
OF DEFAULT**

I, TAMMI HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that:

1. This action was commenced on May 30, 2025 with the filing of a *amended complaint.

2. A copy of the summons and complaint were served on defendant(s): Fox Corporation via USPS Certified First Class Mail + email - proof of service certified on June 28, 2025; accepted on July 3, 2025.

3. By personally serving Fox Corporation authorized legal and corporate representative Adam Ciangoli and known counsel of record Paul C Evans of Paul Hastings, LLP

4. Proof of service was filed on July 14, 2025. (See ECF Doc. #(s) 21.)

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise responded to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: _____
       New York, New York

TAMMI HELLWIG, Clerk of Court

By: _____
                    Deputy Clerk