UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Andrea K. Tantaros

Plaintiff

Write the first and last name of each plaintiff.

Case No. 25 CV 01675

-against-

Fox News Network, LLC, Fox Corporation,

**CLERK'S CERTIFICATE
OF DEFAULT**

William Shine, Suzanne Scott, John T.A. Finley,

Scott Brown, Elizabeth Ailes on behalf of the Estate of Roger

Write the first and last name of each defendant.

I, TAMMI HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that:

1. This action was commenced on May 30, 2025 with the filing of a *amended complaint.

2. A copy of the summons and complaint were served on defendant(s): Elizabeth Ailes on behalf of the Estate of Roger Ailes via USPS Certified First Class Mail to her home; documents signed upon delivery - proof of service certified on June 28, 2025; received on July 3, 2025.

3. By personally serving Elizabeth Ailes on behalf of the Estate of Roger Ailes at her address in Palm Beach, FL.

4. Proof of service was filed on July 14. 2025. (See ECF Doc. #(s) 21.)

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise responded to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: _____
       New York, New York

TAMMI HELLWIG, Clerk of Court

By: _____
                    Deputy Clerk