UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Andrea K. Tantaros

Plaintiff

Write the first and last name of each plaintiff.

Case No. 25 CV 01675

-against-

**CLERK'S CERTIFICATE OF DEFAULT**

Fox News Network, LLC, Fox Corporation,

William Shine, Suzanne Scott, John T. A. Finley,

Scott Brown, Elizabeth Ailes on behalf of the Estate of Roger Ailes

Write the first and last name of each defendant.

I, TAMMI HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that:

1. This action was commenced on May 30, 2025 with the filing of a complaint. *amended

2. A copy of the summons and complaint were served on defendant(s): Suzanne Scott via both USPS Certified First Class Mail and email - proof of service certified on June 28, 2025; accepted on July 3, 2025.

3. By personally serving Both legal and corporate representatives and officers authorized to accept service under FRCP 4; Adam Ciangoli (Fox Corporation); Katherine Moran Meeks (Fox News Network, LLC); Defendant Scott's attorney of record Paul C. Evans of Paul Hastings received service and sent confirmation in writing.

4. Proof of service was filed on July 14, 2025. (See ECF Doc. #(s) 21.)

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise responded to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: _____
New York, New York

TAMMI HELLWIG, Clerk of Court

By: _____
Deputy Clerk