ANDREA K. TANTAROS

August 21, 2025

**VIA ECF**
Ms. Tammi Helwig, Clerk of Court
District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

*Re: Case No. 1:25-01675 - Andrea Tantaros vs. Fox Corporation, Fox News Network, LLC, William Shine, Suzanne Scott, John T.A. Finley, The Estate of Roger Ailes, Scott Brown*

Dear Clerk of Court Helwig:

I am resubmitting my proposed Clerk's Certificates of Default under FRCP 55(a). The docket already contains sworn affidavits and a declaration of service under FRCP 4 (ECF No. 21), and defendants themselves admitted receipt of the summons and complaint in their letters requesting an extension which has not been granted. Letter requests for extensions do not toll the necessity of responding within the required time period following service under FRCP, nor do they forestall default. No responsive pleading has been filed within the 21 days required by Rule 12(a).[1]

Rule 55(a) is clear: "the clerk must enter the party's default" when service and non-response are shown. Entry of default is a ministerial duty of the Clerk. Any disputes about the sufficiency of service or letter requests for relief belong solely before the Judge under Rule 55(c).

Accordingly, I respectfully request that the Clerk perform this ministerial function and enter the attached Certificates of Default. This letter is submitted to ensure the record reflects my compliance with the Rules and my timely request for default.

Respectfully,

*/s/ Andrea K. Tantaros*

Andrea K. Tantaros, *Plaintiff*

302A West 12th Street
Ste. 120
New York, New York 10014
Tel: 917.923.5160
andreanaktantaros@tutanota.com

---

[1] Plaintiff's Motion for Alternative Service was filed *before* a second round of proper service with newly executed Summons issued on June 10, 2025 was issued and served on Defendants satisfying FRCP 4 rendering the motion moot.

1