UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREA TANTAROS,<br><br>                                    Plaintiff,<br><br>v.<br><br>FOX NEWS NETWORK, LLC; FOX CORPORATION, INC.; ROGER AILES; WILLIAM SHINE; JOHN FINLEY; SCOTT BROWN; AND SUZANNE SCOTT,<br>                                    Defendants. | Civ. Action No. 1:25-cv-1675<br><br>NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that Marion Bachrach, Esq., of Holland & Knight LLP, 787 Seventh Avenue, New York, New York 10019, is admitted and authorized to practice in this Court and hereby appears in the above-captioned action as counsel for Defendant William Shine

Dated: New York, New York
          September 16, 2025

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: /s/ Marion Bachrach

Marion Bachrach
787 Seventh Avenue
New York, NY 10019
Email: marion.bachrach@hklaw.com
Telephone: (212) 751-3341

*Attorneys for Defendant William Shine*