**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANDREA TANTAROS,<br><br>                              Plaintiff,<br>           v.<br><br>FOX NEWS NETWORK, LLC; FOX CORPORATION, INC.; ROGER AILES; WILLIAM SHINE; JOHN FINLEY; SCOTT BROWN; AND SUZANNE SCOTT,<br>                              Defendants. | Case No. 1:25-cv-01675(VSB)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Elliot A. Magruder, Esq., of Holland & Knight LLP, 787 Seventh Avenue, New York, New York 10019, is admitted and authorized to practice in this Court and hereby appears in the above-captioned action as counsel for Defendant William Shine.

Dated: New York, New York
           September 16, 2025

                                                            Respectfully submitted,

                                                            HOLLAND & KNIGHT LLP

                                                            By: /s/ Elliot A. Magruder

                                                            Elliot A. Magruder
                                                            787 Seventh Avenue
                                                            New York, New York 10019
                                                            Email: elliot.magruder@hklaw.com
                                                            Telephone: (212) 513-3200

                                                            *Attorneys for Defendant William Shine*