U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

ANDREA K. TANTAROS,

*Plaintiff*,

v.

FOX NEWS NETWORK, LLC, FOX CORPORATION, JOHN FINLEY, SCOTT BROWN, SUZANNE SCOTT, WILLIAM SHINE, THE ESTATE OF ROGER AILES.

*Defendants*.

Case No. 25-cv-01675 (VSB)

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Plaintiff Andrea K. Tantaros respectfully submits this Notice of Motion in Support of Plaintiff's Memorandum of Law in Opposition to Defendants Fox Corporation, Fox News Network, LLC, and Suzanne Scott's Motion to Dismiss Plaintiff's Amended Complaint.

Plaintiff seeks an order denying Defendants' Motion to Dismiss in its entirety and granting such other and further relief as the Court deems just and proper.

Dated: September 16, 2025

New York, New York

Respectfully submitted,

*/s/ Andrea K. Tantaros*

Andrea K. Tantaros

Plaintiff, Pro Se

1