U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

ANDREA K. TANTAROS,

*Plaintiff*,

v.

FOX NEWS NETWORK, LLC, FOX
CORPORATION, JOHN FINLEY,
SCOTT BROWN, SUZANNE SCOTT,
WILLIAM SHINE, THE ESTATE OF ROGER AILES.

*Defendants*.

Case No. 25-cv-01675 (VSB)

## DECLARATION OF ANDREA K. TANTAROS IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

I, Andrea K. Tantaros, declare pursuant to 28 U.S.C. § 1746 under penalty of perjury that the following is true and correct:

1. I am the Plaintiff in the above-captioned action. I submit this Declaration in support of my Memorandum of Law in Opposition to Defendants Fox Corporation, Fox News Network, LLC, and Suzanne Scott's Motion to Dismiss the Amended Complaint.

2. On September 2, 2025, Defendants filed their Motion to Dismiss the Amended Complaint (ECF No. 43).

3. The attached Memorandum of Law sets forth the reasons why the Motion to Dismiss should be denied. In short, Defendants' arguments are legally and factually defective, rely on res judicata where no final judgment on the merits exists, improperly extend arbitration proceedings that remain contested and unconfirmed, and attack unpled claims not before the Court.

4. The Amended Complaint alleges distinct statutory causes of action under New York City's Gender-Motivated Violence Act, which are independent, new, timely, and not extinguished by prior proceedings.

5. For the reasons stated in the Memorandum of Law, I respectfully request that the Court deny Defendants' Motion to Dismiss in its entirety, and grant such other relief as the Court deems just and proper.

Dated: September 16, 2025

New York, New York

Respectfully submitted,

1

*/s/ Andrea K. Tantaros*

Andrea K. Tantaros