U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

ANDREA K. TANTAROS,

*Plaintiff*,

v.

FOX NEWS NETWORK, LLC, FOX
CORPORATION, JOHN FINLEY,
SCOTT BROWN, SUZANNE SCOTT,
WILLIAM SHINE, THE ESTATE OF ROGER AILES.

*Defendants*.

Case No. 25-cv-01675 (VSB)

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Declaration of Andrea K. Tantaros dated September 16, 2025, the exhibits annexed thereto, and the accompanying Memorandum of Law in Support of Plaintiff's Motion to Strike Defendants Fox Corporation, Fox News Network, LLC, and Suzanne Scott ("The Fox Parties") Counterclaim Petition for Interim Arbitration Award Filed Under Seal. Plaintiff Andrea K. Tantaros will move this Court, before Judge Vernon S. Broderick, United States District Judge, at the United States Courthouse for the Southern District of New York, at a time and date to be determined by the Court, for an order:

1. Striking Defendants' under-seal submission of a purported "Counterclaim Petition" to confirm or otherwise rely upon an arbitral pronouncement issued without jurisdiction;

2. Clarifying that no arbitral pronouncements shall be admitted or considered in this Gender Motivated Violence Act ("GMVA") action absent statutory authority;

3. Granting Plaintiff leave to file a supplemental memorandum addressing both the Fox Parties' and Defendant Shine's sealing motions on a unified schedule of twenty-one (21) days, or alternatively no less than fourteen (14) days; and

4. Granting such other and further relief as the Court deems just and proper.

Dated: September 16, 2025

New York, New York

Respectfully submitted,

/s/ Andrea K. Tantaros

Andrea K. Tantaros

Plaintiff