U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

ANDREA K. TANTAROS,

*Plaintiff*,

v.

FOX NEWS NETWORK, LLC, FOX CORPORATION, JOHN FINLEY, SCOTT BROWN, SUZANNE SCOTT, WILLIAM SHINE, THE ESTATE OF ROGER AILES.

*Defendants*.

Case No. 25-cv-01675 (VSB)

### DECLARATION OF ANDREA K. TANTAROS IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' SEALED COUNTERCLAIM PETITION AND FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING

I, Andrea K. Tantaros, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am the Plaintiff in the above-captioned action. I submit this Declaration in support of my Motion to Strike Defendants' under-seal submission and for leave to file supplemental briefing.

2. On or about September 2, 2025, Defendants Fox News Network, LLC, Suzanne Scott, Dianne Brandi, and Irena Briganti (collectively, the "Fox Parties") submitted under seal a purported "Counterclaim Petition" styled as a request to confirm an arbitral pronouncement.

3. The arbitral pronouncement is not a final award, was issued after federal jurisdiction had attached, and is ultra vires under the Federal Arbitration Act. Defendants' filing is procedurally improper and prejudicial, as it seeks to smuggle into this Gender-Motivated Violence Act action an unrelated and non-final arbitration matter that is currently the subject of an appeal before the U.S. Court of Appeals for the Second Circuit.

4. Allowing such materials into the record risks confusing issues properly before this Court, undermining appellate jurisdiction, and prejudicing Plaintiff's ability to fairly litigate her statutory GMVA claims.

5. In addition, Defendants have (and will) file staggered and duplicative sealing motions, requiring Plaintiff to respond piecemeal and under unreasonable time pressure. William Shine (via counsel) informed Plaintiff via email on September 14, 2025 his intention to file an identical Petition. This is by design to gain a tactical advantage through procedural sandbagging and chaos, which courts frown upon. To ensure judicial economy and

fundamental fairness, I respectfully request that the Court grant leave to file a supplemental memorandum addressing both the Fox Parties' and Defendant William Shine's sealing submissions on a unified schedule of twenty-one (21) days, or alternatively no less than fourteen (14) days.

6. For these reasons, and those set forth in the accompanying Memorandum of Law, Plaintiff respectfully requests that the Court grant the Motion in full.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 16, 2025, in New York, New York.

*/s/ Andrea K. Tantaros*

Andrea K. Tantaros

Plaintiff