**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANDREA K. TANTAROS,<br><br>               Plaintiff,<br><br>-against-<br><br>FOX NEWS NETWORK, LLC, FOX CORPORATION, INC., ROGER AILES, WILLIAM SHINE, JOHN FINLEY, SCOTT BROWN, AND SUZANNE SCOTT,<br><br>               Defendants. | Case No. 1:25-cv-01675(VSB)<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF MOTION TO DISMISS**
**PLAINTIFF'S AMENDED COMPLAINT WITH PREJUDICE**

PLEASE TAKE NOTICE that, pursuant Federal Rule of Civil Procedure 12(b)(6), and upon the accompanying Memorandum of Law, and the Declaration of Marion Bachrach, dated September 17, 2025, and the exhibits thereto, Defendant William Shine respectfully moves this Court, before the Honorable Vernon S. Broderick, District Judge for the Southern District of New York, 40 Foley Square, New York, NY 10007, for an order dismissing the Amended Complaint filed by Plaintiff Andrea K. Tantaros against Mr. Shine in its entirety with prejudice, as explained further in the accompanying Memorandum of Law.

Dated: September 17, 2025

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: <u>/s/ Marion Bachrach</u>

Marion Bachrach
Jonathan N. Halpern
Elliot A. Magruder
787 Seventh Avenue
New York, New York 10019
Email: marion.bachrach@hklaw.com
           jonathan.halpern@hklaw.com
           elliot.magruder@hklaw.com
Telephone: (212) 513-3200

*Attorneys for Defendant William Shine*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 17, 2025, I electronically filed the foregoing Notice of Motion to Dismiss, the Proposed Order, the accompanying Memorandum of Law, and the Declaration of Marion Bachrach and accompanying exhibits using the CM/ECF system.

                                                       /s/ Marion Bachrach

#527364140_v2