**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANDREA K. TANTAROS,<br><br>            Plaintiff,<br><br>  -against-<br><br>FOX NEWS NETWORK, LLC, FOX CORPORATION, INC., ROGER AILES, WILLIAM SHINE, JOHN FINLEY, SCOTT BROWN, AND SUZANNE SCOTT,<br><br>            Defendants. | Case No. 1:25-cv-01675(VSB) |

**PROPOSED ORDER GRANTING DEFENDANT WILLIAM SHINE'S**
**MOTION TO DISMISS WITH PREJUDICE PLAINTIFF'S AMENDED COMPLAINT**

      HERE NOW, on this _____ day of _____, 2025, upon consideration of Defendant William Shine's Motion to Dismiss the Amended Complaint filed by Plaintiff Andrea K. Tantaros in its entirety with prejudice (the "Motion") , and having read and considered all of the filings by all parties, the argument of counsel, the relevant statutory and case law, and upon the record of all proceedings had before the Court, and good and sufficient cause appearing therefore, the Court hereby GRANTS the Motion in its entirety and DISMISSES the Amended Complaint against William Shine WITH PREJUDICE.

**SO ORDERED.**

Dated: New York, New York
      _____

                                               Honorable Vernon S. Broderick
                                               United States District Judge
                                               Southern District of New York