UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREA K. TANTAROS,<br><br>           Plaintiff,<br><br>  -against-<br><br>FOX NEWS NETWORK, LLC, FOX CORPORATION, INC., ROGER AILES, WILLIAM SHINE, JOHN FINLEY, SCOTT BROWN, AND SUZANNE SCOTT,<br><br>           Defendants. | Case No. 1:25-cv-01675(VSB) |

**DECLARATION OF MARION BACHRACH IN SUPPORT OF
DEFENDANT WILLIAM SHINE'S MOTION TO DISMISS AMENDED COMPLAINT**

I, Marion Bachrach, declare as follows:

1.    I am duly admitted to practice in this Court and in the Courts of the State of New York. I am an attorney with the law firm of Holland & Knight LLP and counsel of record for Defendant William Shine. I submit this Declaration in support of Mr. Shine's Motion to Dismiss the Amended Complaint of Plaintiff Andrea K. Tantaros ("Tantaros"). I have personal knowledge of the matters set forth herein or knowledge upon information and belief, as so stated.

2.    I submit this Declaration in support of Mr. Shine's Motion to Dismiss the Amended Complaint filed by Tantaros at ECF No. 10. Where noted below, I incorporate by reference the statements in, and exhibits attached to, the Declaration of Paul Evans in Support of the Motion to Dismiss the Amended Complaint of Defendants Fox News Network, LLC ("Fox News"), Fox Corporation, Inc. and Suzanne Scott (collectively, the "Fox Defendants"), filed on September 2, 2025 at ECF No. 44 (the "Evans Decl.").

3.    Mr. Shine was formerly an executive and employee of the Fox News until he left on or about May 1, 2017.

4. Upon information and belief, Ms. Tantaros worked at Fox News from 2010 to 2016 (Am. Compl. ¶ 5) and her employment at Fox News was governed by employment agreements, including most recently an agreement signed in 2014 (the "Employment Agreement"). *See* Evans Decl. ¶ 3 & Ex. 1. The Employment Agreement required mandatory arbitration of "[a]ny controversy, claim arising out of or relating to [the Employment Agreement] or [Plaintiff's] employment." *Id.*

5. On August 22, 2016, Ms. Tantaros filed a complaint against Mr. Shine, the Fox Defendants, and others in the Supreme Court of the State of New York for New York County, Index No. 157054/2016 ("*Tantaros I*"). In that complaint, Ms. Tantaros brought claims against Mr. Shine for retaliation and tortious interference with business expectancy.

6. On February 15, 2017, the Honorable David B. Cohen granted the Fox Defendants' motion to compel arbitration of Ms. Tantaros' claims that she alleged in *Tantaros I*. *See* Evans Decl. ¶ 5 & Ex. 3.[1]

7. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

8. █████████████████████████████████

---

[1] Tantaros appealed this order, but did not pursue that appeal. *See* Evans Decl. ¶ 7.

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

9. On April 24, 2017, Tantaros filed a complaint in the Southern District of New York, assigned to the Honorable George B. Daniels, against Fox News and certain of its current and former employees, including Mr. Shine, in which she asserted claims for purported illegal electronic and physical surveillance and intentional infliction of emotional distress. *See Tantaros v. Fox News Network, LLC, et al.*, No. 17-CV-2958 ("*Tantaros II*").

10. On May 18, 2018, Judge Daniels issued an opinion and order dismissing all of Plaintiff's claims in *Tantaros II*. *See Tantaros II*, ECF No. 160.

11. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

12. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

13. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

14. On February 3, 2025, Plaintiff filed another petition in this Court seeking

---

2 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

"emergency" relief from the arbitration proceedings. *Tantaros v. Fox News Network, LLC, et al.*, No. 25-cv-00961(VSB) (S.D.N.Y. 2025), ECF No. 6 ("*Tantaros IV*").

15. On August 6, 2025, this Court in *Tantaros IV* denied Ms. Tantaros's petition for injunctive relief and also granted the Fox Defendants' motion and dismissed Ms. Tantaros's claims with prejudice.

I declare under penalty of perjury under the laws of the United States of America and the State of New York that the foregoing is true and correct.

Executed in New York, New York on this 17th day of September, 2025.

/s/ Marion Bachrach

#527373476_v1