# BACHRACH DECLARATION EXHIBIT A FILED UNDER SEAL