# BACHRACH DECLARATION EXHIBIT B FILED UNDER SEAL