

1(212) 318-6009
paulevans@paulhastings.com

September 24, 2025

**VIA ECF**

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 518
New York, New York 10007

Re: *Tantaros v. Fox News Network, LLC, et al*., No. 1:25-cv-01675(VSB)
Fox Parties' Request to File Reply in Support of Motion to Dismiss in Redacted Form

Dear Judge Broderick:

Fox News Network, LLC ("Fox News"), Fox Corporation, and Suzanne Scott (collectively, the "Fox Parties") hereby seek leave of Court to file in redacted form filings related to their reply in support of their motion to dismiss Plaintiff's Amended Complaint ("Reply to Motion to Dismiss"). In accordance with the Court's Rules & Practices in Civil Cases, Section 5.B, the Fox Parties submit this letter seeking the Court's approval of the Fox Parties' proposed redactions to their Reply to Motion to Dismiss filings.

Plaintiff and the Fox Parties are parties to an arbitration pending before the American Arbitration Association. The parties entered into an Employment Agreement which included an Arbitration Clause that provides "arbitration, all filings, evidence and testimony connected with the arbitration, and all relevant allegations and events leading up to the arbitration, shall be held in strict confidence." The Arbitration Clause also provided that while judgment may be entered upon the arbitrators' award in any court having jurisdiction, "all papers filed with the court either in support of or in opposition to the arbitrators' decision shall be filed under seal." Breach of these confidentiality provisions by any party "shall be considered to be a material breach of" the parties' Employment Agreement.

Accordingly, the Fox Parties request the Court's approval to redact portions of their Reply to Motion to Dismiss filings that disclose facts about the arbitration required to be held in confidence under the Employment Agreement. The failure of the Fox Parties to make this request may be considered a material breach of that agreement. Plaintiff has in fact accused other parties in related disputes of materially breaching the Employment Agreement by failing to properly file under seal information related to the arbitration. *See Tantaros v. Fox News Network, LLC, et al.*, No. 1:25-cv-00961-VSB (S.D.N.Y. Feb. 3, 2025), ECF No. 1 at 29.

The Fox Parties' proposed redactions are narrowly tailored to serve the purpose of complying with the Fox Parties' obligations under the Employment Agreement, as is required under the law of this Circuit. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006).

By proposing redactions rather than seeking to file entire documents under seal, the Fox Parties respectfully seek to balance their contractual obligations with the strong interest in public access to judicial documents.

Paul Hastings LLP | 200 Park Avenue | New York, NY 10166
t: +1.212.318.6000 | www.paulhastings.com



Hon. Vernon S. Broderick
September 24, 2025
Page 2

The Fox Parties met and conferred with Plaintiff regarding this request, and as of this filing Plaintiff has not responded to the Fox Parties. The Fox Parties attempted to meet and confer with Plaintiff regarding their request to seal and/or redact documents relating to their Motion to Dismiss that refer to the parties' arbitration. Plaintiff never responded to the Fox Parties, but she opposed the Fox Parties' earlier motion for the Court to seal such documents.  *See* DKT 62 at p. 6.

Respectfully submitted,

Paul C. Evans
of PAUL HASTINGS LLP


PCE