UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREA K. TANTAROS,<br><br>　　　　*Plaintiff*,<br><br>　-against-<br><br>FOX NEWS NETWORK, LLC, FOX CORPORATION, ROGER AILES, WILLIAM SHINE, JOHN FINLEY, SCOTT BROWN, AND SUZANNE SCOTT,<br><br>　　　　*Defendants*. | Case No. 1:25-CV-01675(VSB) |

## CERTIFICATE OF SERVICE

I, Paul C. Evans, hereby certify that on September 24, 2025, a true and correct copy of Defendant Fox News Network, LLC, Fox Corporation and Suzanne Scott's Reply in Support of Motion to Dismiss, filed under seal as Dkt. No. 74 on this date, was served via electronic mail upon the following:

　　Andrea K. Tantaros
　　andreanaktantaros@tutanota.com

Dated:　September 24, 2025

Respectfully submitted,

PAUL HASTINGS LLP

By: _____
　　Paul C. Evans, Bar No. 5824438
　　paulevans@paulhastings.com
　　200 Park Avenue
　　New York, New York 10166
　　Telephone:  1(212) 318-6000
　　Facsimile:  1(212) 319-4090
　　*Attorneys for Defendants Fox News Network, LLC, Fox Corporation, and Suzanne Scott*

1