UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREA K. TANTAROS,<br><br>   *Plaintiff*,<br><br> -against-<br><br>FOX NEWS NETWORK, LLC, FOX CORPORATION, ROGER AILES, WILLIAM SHINE, JOHN FINLEY, SCOTT BROWN, AND SUZANNE SCOTT,<br><br>   *Defendants*. | Case No. 1:25-CV-01675(VSB) |

## CERTIFICATE OF SERVICE

  I, Paul C. Evans, hereby certify that on September 29, 2025, a true and correct copy of Defendant Fox News Network, LLC, Fox Corporation and Suzanne Scott's Memorandum in Support of Motion for Sanctions, Declaration of Paul C. Evans and Evans Declaration Exhibit 4, filed under seal as Dkt. Nos. 80 and 81, were served via electronic mail upon the following:

  Andrea K. Tantaros
  andreanaktantaros@tutanota.com

Dated: September 29, 2025

Respectfully submitted,

PAUL HASTINGS LLP

By: _____
Paul C. Evans, Bar No. 5824438
paulevans@paulhastings.com
200 Park Avenue
New York, New York 10166
Telephone:  1(212) 318-6000
Facsimile:  1(212) 319-4090
*Attorneys for Defendants Fox News Network, LLC, Fox Corporation, and Suzanne Scott*