UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOX NEWS NETWORK, LLC, SUZANNE SCOTT, IRENA BRIGANTI, DIANNE BRANDI,<br><br>*Counterclaim-Petitioners*,<br><br>-against-<br><br>ANDREA K. TANTAROS,<br><br>*Counterclaim-Respondent*. | Case No. 1:25-CV-01675(VSB) |

**DECLARATION OF PAUL EVANS IN SUPPORT OF
OPPOSITION TO MOTION TO STIKE COUNTERCLAIM PETITION**

I, Paul Evans, declare as follows:

1. I am an attorney duly admitted to practice before this Court and the Courts of the State of New York. I am a partner with the law firm of Paul Hastings LLP and counsel of record for Counterclaim-Petitioners Fox News Network, LLC, Suzanne Scott, Irena Briganti, and Dianne Brandi (collectively, the "Fox Petitioners"). I make this declaration in support of the Fox Petitioners' opposition to Counterclaim-Respondent's motion to strike counterclaim petition to confirm AAA award. I have personal knowledge of the matters set forth in this Declaration and, if called as a witness, could and would testify competently thereto.

2. The parties have been arbitrating their disputes before the American Arbitration Association ("AAA") in New York. ███████████████████████████████████████ ███████████████████████████████████████████████████████████████████.

3. ███████████████████████████████████████████████████ the pursuit of frivolous federal court actions, including *Tantaros v. Fox News*, *et al.*, No. 1:25-CV-00961, recently dismissed with prejudice by this Court.

4. ███████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███

5. ███████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

████████████████

6. ███████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████ Dkt. No. 40.

7. ███████████████████████████████████████

███████████████████████████████████████████

████████████████████████████

8. ██████████████████████████████████████.

9. ███████████████████████████████████████

███████████████████████████████████████████

████████████████████████████████

\* \* \*

I declare under penalty of perjury under the laws of the United States of America and the State of New York that the foregoing is true and correct.

Executed on the 1st day of October, 2025, in Philadelphia, PA.

Dated: October 1, 2025

_____
Paul C. Evans