UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOX NEWS NETWORK, LLC, SUZANNE SCOTT, IRENA BRIGANTI, DIANNE BRANDI,<br><br>*Counterclaim-Petitioners*,<br><br>-against-<br><br>ANDREA K. TANTAROS,<br><br>*Counterclaim-Respondent*. | Case No. 1:25-CV-01675(VSB)<br><br>**CERTIFICATE OF SERVICE** |

I, Paul C. Evans, hereby certify that on October 1, 2025, a true and correct copy of Counterclaim-Petitioners Fox News Network, LLC, Suzanne Scott, Irena Briganti, and Dianne Brandi's Memorandum in Opposition to Motion to Strike Counterclaim Petition, Declaration of Paul C. Evans and Evans Declaration Exhibit 1, filed under seal, were served via electronic mail upon the following:

    Andrea K. Tantaros
    andreanaktantaros@tutanota.com

Dated: October 1, 2025

Respectfully submitted,

PAUL HASTINGS LLP

By: _____
Paul C. Evans, Bar No. 5824438
paulevans@paulhastings.com
200 Park Avenue
New York, New York 10166
Telephone: 1(212) 318-6000
Facsimile: 1(212) 319-4090

*Attorneys for Counterclaim-Petitioners*
Fox News Network, LLC, Suzanne Scott, Irena Briganti, and Dianne Brandi

1