U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

ANDREA K. TANTAROS,                    Case No. 25-cv-01675 (VSB)(VF)

*Plaintiff*,

v.

FOX NEWS NETWORK, LLC, FOX
CORPORATION, JOHN FINLEY,
SCOTT BROWN, SUZANNE SCOTT,
WILLIAM SHINE, THE ESTATE OF ROGER AILES.

*Defendants*.

## NOTICE OF MOTION TO STRIKE AND DISMISS DEFENDANT WILLIAM SHINE'S COUNTERCLAIM PETITION TO AFFIRM INTERIM ARBITRATION AWARD

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Andrea K. Tantaros dated October 1, 2025, and the Memorandum of Law submitted herewith, Plaintiff Andrea K. Tantaros will move this Court, before the Honorable Vernon S. Broderick, United States District Judge, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, on a date and time to be set by the Court, for an Order:

1. Striking and dismissing Defendant William Shine's "counterclaim petition" seeking judicial confirmation of an interim arbitration award, in its entirety, with prejudice;

2. Clarifying that no arbitration materials shall be admitted in this GMVA action;

3. Imposing sanctions pursuant to Fed. R. Civ. P. 12(f) and the Court's inherent powers;

4. Granting Plaintiff leave to file supplemental briefing on Defendants' sealing motions on a unified schedule; and

5. Granting such other and further relief as the Court deems just and proper.

Dated: September 16, 2025

Respectfully submitted,

*/s/ Andrea K. Tantaros*

Andrea K. Tantaros

Plaintiff, Pro Se