## U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

ANDREA K. TANTAROS,

*Plaintiff*,

v.

FOX NEWS NETWORK, LLC, FOX
CORPORATION, JOHN FINLEY,
SCOTT BROWN, SUZANNE SCOTT,
WILLIAM SHINE, THE ESTATE OF ROGER AILES.

*Defendants*.

Case No. 25-cv-01675 (VSB-VF)

### DECLARATION OF ANDREA K. TANTAROS IN SUPPORT OF REPLY IN OPPOSITION TO DEFENDANT SHINE'S MOTION TO DISMISS

I, Andrea K. Tantaros, declare pursuant to 28 U.S.C. § 1746 under penalty of perjury that the following is true and correct:

1. I am the Plaintiff in the above-captioned matter, proceeding pro se. I submit this Declaration in support of my Memorandum of Law in Opposition to Defendant William Shine's Motion to Dismiss the Amended Complaint.

2. Attached hereto and filed contemporaneously is my Memorandum of Law in Opposition, which sets forth in detail the factual and legal grounds on which Defendant's motion should be denied.

3. Specifically, I oppose Defendant Shine's reliance on res judicata and arbitration arguments where no final judgment exists, and where the validity of the arbitration proceedings remains on appeal before the United States Court of Appeals for the Second Circuit.

4. I further oppose Defendant Shine's improper request that this Court issue a blanket bar on future claims not pled in this action, which would constitute an impermissible advisory opinion and deny Plaintiff due process.

5. For the reasons set forth more fully in my Memorandum of Law in Opposition, I respectfully request that this Court deny Defendant Shine's Motion to Dismiss in its entirety, strike improper requests for advisory relief, and permit this action to proceed.

Dated: October 1, 2025

Respectfully submitted,

*/s/ Andrea K. Tantaros*

Andrea K. Tantaros