U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

ANDREA K. TANTAROS,

*Plaintiff*,

v.

FOX NEWS NETWORK, LLC, FOX CORPORATION, JOHN FINLEY, SCOTT BROWN, SUZANNE SCOTT, WILLIAM SHINE, THE ESTATE OF ROGER AILES.

*Defendants*.

Case No. 25-cv-01675 (VSB)(VF)

## DECLARATION OF ANDREA K. TANTAROS IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE AND DISMISS WILLIAM SHINE'S SEALED COUNTERCLAIM PETITION AND FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING

I, Andrea K. Tantaros, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am the Plaintiff in the above-captioned action. I make this declaration in support of my Motion to Strike and Dismiss Defendant William Shine's Counterclaim Petition for Interim Arbitration Award.

2. On September 17, 2025, Defendant William Shine filed a sealed "counterclaim petition" in this action purporting to seek judicial confirmation of a February 7, 2025 "interim award" issued by arbitrators in a separate proceeding.

3. That arbitration proceeding is itself the subject of ongoing federal litigation, including a pending appeal before the United States Court of Appeals for the Second Circuit concerning the validity of the arbitration agreement and related orders.

4. The "interim award" is not a final arbitration award and therefore is not judicially cognizable or confirmable under the Federal Arbitration Act, 9 U.S.C. §§ 9–10.

5. Defendant's attempt to import an arbitration-related filing into this action, which arises under the New York City Gender-Motivated Violence Act, exceeds this Court's jurisdiction, violates the separation of cases, and improperly interferes with matters currently pending before the Second Circuit.

6. The filing is procedurally improper under Federal Rule of Civil Procedure 13 because it does not constitute a valid counterclaim and is unrelated to Plaintiff's claims in this action.

1

7. Defendant further filed his petition under seal without adequate basis, in violation of the strong presumption of public access to judicial proceedings.

8. For the reasons set forth in my accompanying Memorandum of Law, I respectfully request that the Court strike and dismiss Defendant William Shine's "counterclaim petition" in its entirety, with prejudice, and grant the additional relief requested.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 1, 2025

 /s/ Andrea K. Tantaros

Andrea K. Tantaros, *Plaintiff*