U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

ANDREA K. TANTAROS,

*Plaintiff*,

v.

FOX NEWS NETWORK, LLC, FOX CORPORATION, JOHN FINLEY, SCOTT BROWN, SUZANNE SCOTT, WILLIAM SHINE, THE ESTATE OF ROGER AILES.

*Defendants*.

Case No. 25-cv-01675 (VSB)(VF)

**DECLARATION IN SUPPORT OF PLAINTIFF'S REPLY TO FOX NEWS NETWORK, LLC, DIANNE BRANDI, SUZANNE SCOTT AND IRENA BRIGANTI'S OPPOSITION TO MOTION TO STRIKE AND DISMISS SEALED COUNTERCLAIM PETITION FOR UKTRA VIRES INTERIM ARBITRATION AWARD**

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am the Plaintiff in the above-captioned action and submit this Declaration in support of my Reply to Defendants Fox News Network, LLC, Irena Briganti, Suzanne Scott, and Dianne Brandi's Opposition to Plaintiff's Motion to Strike and Dismiss Counterclaim Petition for Ultra Vires Interim Arbitration Award.

2. The attached Reply addresses Defendants' improper attempt to inject an ultra vires and immaterial "Counterclaim Petition" into this statutory tort action arising under the Gender-Motivated Violence Act ("GMVA"). As set forth in the Reply, Defendants' filing is immaterial, impertinent, procedurally defective, jurisdictionally barred, and has no bearing on the issues in dispute.

3. The Reply further demonstrates that (i) the purported "interim award" Defendants seek to confirm was ultra vires and issued without jurisdiction after a federal court was seized of the matter; (ii) the arbitration has since been stayed; and (iii) all issues relating to arbitrability, enforceability, and alleged FAA violations are currently on appeal before the United States Court of Appeals for the Second Circuit, thereby divesting this Court of authority to entertain the Counterclaim Petition.

4. The Reply also establishes that the Counterclaim Petition is immaterial and impertinent to the GMVA action, constitutes an improper joinder of unrelated matters, and represents a deliberate effort at forum manipulation and procedural abuse that violates the Federal

      Rules of Civil Procedure and settled law under the Federal Arbitration Act by The Fox Parties.

5. For these reasons, and as more fully set forth in the accompanying Reply, Plaintiff respectfully requests that the Court strike and dismiss Defendants' Counterclaim Petition in its entirety and reaffirm that no proceedings may be entertained while arbitrability remains pending before the Second Circuit and grant additional relief requested, including sanctions.

Executed on this 8 day of October, 2025.

Respectfully submitted,

 /s/ *Andrea K. Tantaros*

Andrea K. Tantaros, *Plaintiff*