U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK
_____

ANDREA K. TANTAROS,

*Plaintiff*,

v.

FOX NEWS NETWORK, LLC, FOX
CORPORATION, JOHN FINLEY,
SCOTT BROWN, SUZANNE SCOTT,
WILLIAM SHINE, THE ESTATE OF ROGER AILES.

*Defendants*.
_____

Case No. 25-cv-01675 (VSB-VF)

### NOTICE OF NON-SERVICE BY DEFENDANT WILLIAM SHINE OF SEALED AND REDACTED DOCUMENTS AND REQUEST FOR COURT INTERVENTION

To The Honorable Valerie Figueredo:

Plaintiff Andrea K. Tantaros ("Plaintiff") respectfully notifies the Court[1] of Defendant William Shine's ("Shine") failure to serve Plaintiff all unsealed and unredacted filings he has submitted in this matter, and requests that the Court compel immediate service and adjust deadlines accordingly. This conduct violates Federal Rule of Civil Procedure 5(b)(2) regarding service requirements and the Court's own procedures regarding filings under seal.

These actions constitute improper ex-parte communications with the Court, abusive filings tactics to undermine Plaintiff's ability to properly respond, and a denial of due process.

**1. Background**

Defendant William Shine has filed multiple documents with the Court, both sealed and with redactions, including:

1. Letter Motion to Seal Counterclaim Petition (ECF No. 63).
2. Sealed Counterclaim Petition (ECF No. 64);
3. Letter Motion to Dismiss and Supporting Papers in Redacted Form (ECF No. 65);

---

[1] Per this Court's Order of September 17, 2025, assigning all matters regarding " scheduling, pre-trial motions, discovery and settlement" (including motions to Seal) to Magistrate Judge Valerie Vigueredo this communication is addressed to Her Honor.

4. Redacted Motion to Dismiss Plaintiff's Amended Complaint ("The Complaint") (ECF No. 66);

5. Redacted Supporting Memorandum of Law (ECF 68);

6. Declaration in Support (ECF No. 67);

7. Letter Motion to Seal Defendant Shine's Memorandum of Law in Support (ECF No. 94)

8. Redacted Reply Memorandum in Further Support of Defendant Shine's Motion to Dismiss (ECF No. 95);

To date Plaintiff has not received copies of any of these filings prior to their docketing, preventing her from reviewing or responding with full knowledge of their arguments, evidence and contents.

On October 6, 2025, Plaintiff received an email from counsel for Shine stating their intention to file a Reply Memorandum with redactions. Plaintiff replied on October 9, 2025 putting Defendant's counsel on notice of their failure to comply with service rules by serially refusing to provide her with unsealed and unredacted copies of their filings per FRCP and this Court's local rules (See Exhibit 1 – "Tantaros Correspondence to Counsel for William Shine Regarding Lack of Proper Service of Sealed and Redacted Filings").

Defendants Fox News Network, LLC, Suzanne Scott et al ("The Fox Parties") have served Plaintiff unredacted and unsealed copies of their filings via email, though she did not consent to email service in writing per FRCP regarding service requirements.

Given that Defendants are staggering their filings un an attempt to overwhelm Plaintiff absent a unified scheduling order, Plaintiff requested leave from this Court on September 17, 2025 to address all Defendants requests to file documents under seal and redacted in one consolidated Motion or within 14 days of Defendants' last filing (See ECF No 61,61). On October 1, 2025 The Fox Parties have stated on the record they do not oppose such an order from the court permitting Plaintiff Tantaros from filing a consolidated response regarding sealing and redactions as she requested from the Court (See ECF No. 86).

The Court has yet to grant Plaintiff her requested relief to address Defendants filings under seal. Alternatively, Plaintiff requests 21 days to file a reply to all Defendants' filings under seal and redacted in one comprehensive reply upon full receipt of all of Shine's filings properly served upon her, unredacted and unsealed.

## 2. Request for Relief

Plaintiff respectfully requests that the Court:

1. Order Defendant Shine to serve Plaintiff immediately with copies of all filings, including any sealed or redacted materials, consistent with applicable protective or sealing orders;

2. Grant Plaintiff leave to file supplementary responses or replies within 21 days once proper service is effected, and grant leave to file a supplemental filing to Defendant Shine's Motion to Dismiss the Complaint upon receipt of the unredacted filing within 14 days proper service;

3. Preclude Defendant Shine from relying on any filings not properly served, or strike such filings if service upon Plaintiff Tantaros is not promptly completed within 48 hours, under FRCP 37(b)(2)(A)(ii-iii), and with a court order setting an amended briefing schedule to reply to new filings;

4. Consider appropriate sanctions, including monetary penalties, for Defendant Shine's failure to serve filings, abuse of process, and ex-parte conduct, pursuant to FRCP 37(b)(2)(C) and 28 U.S.C. § 1927.

5. Plaintiff expressly preserves all rights to seek further relief, object to any filings not properly served, and pursue any additional remedies or sanctions for prejudice caused by these failures.

Thank you very much for your prompt attention to this matter.

Most respectfully submitted,

*Andrea K. Tantaros*

Andrea K. Tantaros, *Plaintiff*

Dated: October 10, 2025

302A West 12th Street, New York, NY 10014

Tel: 917.923.5160