**EXHIBIT 1 – "Tantaros Correspondence to Counsel for William Shine Regarding Lack of Proper Service of Sealed and Redacted Filings"**

andreanaktantaros@tutanota.com
to: andreana@tutanota.com + 3

Thu, Oct 9 • 10:22

## Ineffective Service

Ms. Bachrach:

I have already objected to any filings submitted under seal or with redactions.

If you read my prior filings in Opposition to The Fox Parties' / your client William Shine's Counterclaim Petition then you would already know I, 1) object any efforts to seal by both Fox and your client William Shine and 2) plan on addressing same in a separate filing (with or without requested leave from the court to address them concurrently or within 14 days of the last filing). The Fox Parties have stated on the record they do not oppose such a filing.

If you read, and adhered to, The Judge's local rules, your rationale for filing any documents under seal is completely baseless.

You have repeatedly failed to properly effectuate service by providing me with copies of what you've filed both under seal and unredacted constituting ineffective service in violation of FRCP, SDNY Local Rule 79.3 and ECF Rules & Instructions 6-8.

Filing under seal does not relieve a party of its service obligation or give permission to exclude me from your filings in multiple ex-parte communications via abusive sealing tactics.

Andrea K. Tantaros