# Holland & Knight

787 Seventh Avenue | New York, NY 10019 | T 212.513.3200 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

Marion Bachrach
+1 212-751-3341
Marion.Bachrach@hklaw.com

October 16, 2025

*VIA ECF*

The Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall Courthouse, 40 Foley Square
New York, New York 10007

   Re: *Tantaros v. Fox News Network, LLC, et al.*, Case No. 1:25-cv-01675-VSB
     **Request to file Opposition to Motion to Strike and to Dismiss in Redacted Form**

Dear Judge Broderick,

  Pursuant to Section 5.B(iii) of the Court's Individual Rules & Practices in Civil Cases, Defendant and Counterclaim-Petitioner William Shine ("Mr. Shine") respectfully submits this letter motion seeking leave of Court to file with proposed redactions his Opposition Memorandum to the Motion to Strike and to Dismiss filed by Plaintiff and Counterclaim-Respondent Andrea K. Tantaros ("Counterclaim-Respondent") in the above-referenced case. ECF No. 91.

  As explained further in similar requests filed by Defendants Fox News Network, LLC ("Fox News"), Fox Corporation, and Suzanne Scott (collectively, the "Fox Defendants") at ECF Nos. 41, 72 and 83, Mr. Shine was a party to an arbitration proceeding before the American Arbitration Association that involved Plaintiff, a former Fox News employee. During her tenure as an employee of Fox News, Plaintiff executed an Employment Agreement containing an Arbitration Clause that provides "all filings, evidence and testimony connected with the arbitration, and all relevant allegations and events leading up to the arbitration, shall be held in strict confidence." That Arbitration Clause further provides that, while judgment may be entered upon the arbitrators' award in any court having jurisdiction, "all papers filed with the court either in support of or in opposition to the arbitrators' decision shall be filed under seal." Breach of these provisions is deemed "a material breach" of the Employment Agreement. As a former executive of Fox News and party to the arbitration, Mr. Shine is bound to adhere to the Employment Agreement.

  Accordingly, like the Fox Parties, Mr. Shine requests the Court's approval to redact certain portions of his Opposition Memorandum to Counterclaim-Respondent's Motion to Strike and to Dismiss the sealed Counterclaim he filed ("Opposition Memorandum"), which disclose aspects of

Hon. Vernon S. Broderick
United States District Judge
October 16, 2025
Page 2

the arbitration otherwise subject to the confidentiality restrictions of the Arbitration Clause in the Employment Agreement.  Mr. Shine's proposed redactions are narrowly tailored and designed to serve the purpose of ensuring compliance with obligations under the Employment Agreement and in the arbitration more broadly.  *See, e.g., In re IBM Arbitration Agreement Litig.*, 76 F.4th 74, 85-86 (2d Cir. 2023) (affirming district court decision granting motion to seal confidential arbitration documents in part based on the Federal Arbitration Act's "strong policy protecting the confidentiality of arbitral proceedings"); *see also Guyden v. Aetna, Inc.*, 544 F.3d 376, 385 (2d Cir. 2008) (acknowledging that an "attack on [a] confidentiality provision is, in part, an attack on the character of arbitration itself").[1]  In submitting his Opposition Memorandum in redacted form as opposed to submitting it entirely under seal, Mr. Shine seeks to balance compliance with contractual obligations with the public's interest in access to judicial documents.

On October 6, 2025, counsel for Mr. Shine engaged in a confer and meet with Counterclaim-Respondent.  She was provided the opportunity to consent to Mr. Shine's filing his response to the Motion to Strike and Dismiss under seal and with redactions, as appropriate, to protect against public disclosure of confidential information regarding the arbitration.  On October 9, 2025, Ms. Tantaros rejected the proposal.  She also earlier opposed the request to seal and redact documents relating to the Motions to Dismiss filed separately by both Mr. Shine and the Fox Defendants.  *See* ECF Nos. 62 at p. 6; 91 at p. 9.  Mr. Shine is filing this letter publicly together with copies of his Opposition Memorandum with the proposed redactions, while also filing under seal unredacted copies of the filings with the proposed redactions highlighted.

                                Respectfully submitted,

                                /s/ Marion Bachrach

                                Marion Bachrach
                                Holland & Knight, LLP
                                787 Seventh Avenue, 31st Floor
                                New York, New York 10019

---

[1] Notably, Plaintiff, in a related dispute, has accused other parties of materially breaching the Employment Agreement by failing properly to file under seal information related to the arbitration.  *See Tantaros v. Fox News Network, LLC, et al.*, No. 1:25-cv-00961-VSB (S.D.N.Y. Feb. 3, 2025), ECF No. 1 at p. 29.