October 17, 2025

Hon. Valerie Figueredo
Southern District of New York
Thurgood Marshall Courthouse
500 Pearl Street
New York, New York 10014

**R: URGENT SECOND NOTICE OF DEFENDANT WILLIAM SHINE'S CONTINUED FILING OF DOCUMENTS UNDER SEAL IN VIOLATION OF FRCP 5(b)(2)** - Case No. 1:25-ck-01675

To The Honorable Valerie Figueredo:

Plaintiff Andrea K. Tantaros ("Plaintiff") respectfully notifies the Court of Defendant William Shine's ("Shine") continued failure to serve Plaintiff unsealed and unredacted filings he has serially submitted in this matter.

As recently as yesterday, October 16, 2025, Shine and his counsel continue to violate Federal Rule of Civil Procedure 5(b)(2) regarding service requirements and the Court's own procedures.

On October 16, 2025, Shine, through his counsel, filed three documents regarding his Opposition to Plaintiff's Motion to Strike and Dismiss Shine's Counterclaim Petition to Affirm an Uktra Vires Arbitration Award with no bearing on the underlying issue in dispute that cannot be supported by admissible evidence. See ECF 101, 102, 103).

No service was provided to Plaintiff making it impossible for her to properly respond in seven (7) days. This abuse of process must stop.

By submitting multiple filings under seal and deliberately failing to serve Plaintiff both unsealed copies and unredacted copies, such conduct hamstrings her ability to reply, causing prejudice, harm and denial of Plaintiff's due process rights. These actions constitute improper ex-parte communications with the Court and a pattern of habitual, abusive filing tactics to undermine Plaintiff.

Plaintiff alerted the Court of this misconduct on October 10, 2025. To attempt saving face, counsel for William Shine filed an irregular "Notice of Service" document with the Court, the very next day, *on a Saturday,* claiming one document was served upon Plaintiff—Shine's Reply in Further Support of his Motion to Dismiss to create the false illusion of proper [1]service.

---

[1] Per Order of this Court, Plaintiff addresses and directs this letter and any filings "regarding discovery, pre-trial motions or settlement" to Magistrate Judge Valerie Figueredo.

1

**2. Request for Relief**

Plaintiff respectfully reiterates her request that the Court:

1. Order Defendant Shine to serve Plaintiff immediately with copies of all filings, including any sealed or redacted materials, consistent with applicable protective or sealing orders;

2. Grant Plaintiff leave to file supplementary responses or replies within 21 days once proper service is effected, and grant leave to file a supplemental filing to Defendant Shine's Motion to Dismiss the Complaint upon receipt of the unredacted filing within 14 days proper service;

3. Preclude Defendant Shine from relying on any filings not properly served, or strike such filings if service upon Plaintiff Tantaros is not promptly completed within 24 hours, under FRCP 37(b)(2)(A)(ii-iii), and with a court order setting an amended briefing schedule to reply to new filings;

4. Consider appropriate sanctions, including monetary penalties, for Defendant Shine's failure to serve filings, abuse of process, and ex-parte conduct, pursuant to FRCP 37(b)(2)(C) and 28 U.S.C. § 1927.

5. Plaintiff expressly preserves all rights to seek further relief, object to any filings not properly served, and pursue any additional remedies or sanctions for prejudice, deprivation of due process and damage caused by these purposeful, underhanded procedural failures and violations of law.

Thank you very much for your prompt attention to this matter.

Respectfully submitted,

*/s/ Andrea K. Tantaros*

Andrea K. Tantaros, *Plaintiff*
Dated: October 10, 2025
302A West 12th Street, New York, NY 10014
917.923.5160