**U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____

ANDREA K. TANTAROS,

*Plaintiff*,

Case No. 25-cv-01675 (VSB-VF)

v.

FOX NEWS NETWORK, LLC, FOX
CORPORATION, JOHN FINLEY,
SCOTT BROWN, SUZANNE SCOTT,
WILLIAM SHINE, THE ESTATE OF ROGER AILES.

*Defendants*.

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Letter Motion for Order Deeming Defendant John T.A. Finley Served, or, in the Alternative, Granting Leave for Alternative Service, and upon review of the record and prior service filings, it is hereby:

**ORDERED** that Plaintiff's service on Defendant John T.A. Finley via certified and first-class mail to his last known addresses and to his last counsel of record, Erin Kormann, is deemed effective pursuant to Federal Rule of Civil Procedure 4(e)(1) and CPLR §308(5);

OR, IN THE ALTERNATIVE,

**ORDERED** that Plaintiff is granted leave to effect alternative service on Defendant Finley by any or all of the following methods:

1. Service upon his last counsel of record and/or counsel for corporate co-defendants by certified mail and email;

2. Grant leave for alternative service by the following method:

    ___ Service on Finley's last counsel of record, Erin Kormann, and / or corporate co-defendants' counsel of record and deem such service effective upon Plaintiff's filing proof of Service;
    ___ Publication via social media;
    ___ Publication via media, newspaper or online news outlet.

Defendant Finley shall respond to the operative complaint within 21 days of service pursuant to this Order.

SO ORDERED.

J. _____

Hon. Valerie Figueredo
United States Magistrate Judge

Dated: _____, 2025

New York, New York