# PAUL
# HASTINGS

paulevans@paulhastings.com


October 17, 2025


**VIA ECF**

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 518
New York, NY 10007

Re:    ***Tantaros v. Fox News Network, LLC, et al.,*** No. 1:25-CV-01675(VSB)
       **Fox Petitioners' Request for Leave to File Sur-Reply**

Dear Judge Broderick:

Counterclaim-Petitioners Fox News Network, LLC ("Fox News"), Dianne Brandi, Irena Briganti, and Suzanne Scott (collectively, the "Fox Petitioners") hereby seek leave of Court to file a brief sur-reply memorandum in response to the reply filed by Counterclaim Respondent Andrea Tantaros ("Tantaros") in support of her motion to strike the Fox Petitioners' Counterclaim Petition.

The Fox Petitioners filed a Counterclaim Petition on September 2, 2025, seeking to confirm the arbitration award issued on February 7, 2025, in the arbitration between Tantaros and the Fox Petitioners. On September 17, 2025, Tantaros filed a motion to strike the Counterclaim Petition. Dkt. Nos. 60, 62. The Fox Petitioners timely opposed her motion (Dkt. No. 84), and Tantaros filed a reply (Dkt. No. 97).

In support of her reply, Tantaros raises two points for the first time to which the Fox Petitioners feel compelled to briefly respond. The first— REDACTED REDACTED —is blatantly false. The second—that the Court lacks subject matter jurisdiction to confirm the AAA award—is equally meritless.

The Fox Petitioners seek a fair opportunity to respond to these new points raised by Tantaros in her reply. Therefore, we respectfully request that the Court accept a brief sur-reply memorandum, attached hereto as Exhibit 1.



The Honorable Judge Vernon S. Broderick
October 17, 2025
Page 2

Respectfully submitted,

*/s/ Paul C. Evans*

Paul C. Evans
for PAUL HASTINGS LLP