UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOX NEWS NETWORK, LLC, SUZANNE SCOTT, IRENA BRIGANTI, DIANNE BRANDI,<br><br>*Counterclaim-Petitioners*,<br><br>-against-<br><br>ANDREA K. TANTAROS,<br><br>*Counterclaim-Respondent*. | Case No. 1:25-CV-01675(VSB)<br><br>**CERTIFICATE OF SERVICE** |

I, Paul C. Evans, hereby certify that on October 17, 2025, a true and correct copy of Counterclaim-Petitioners Fox News Network, LLC, Suzanne Scott, Irena Briganti, and Dianne Brandi's Motion for Leave to file a Sur-Reply and attached Sur-Reply Memorandum in Opposition to Motion to Strike Counterclaim Petition, filed in redacted form, were served via electronic mail upon the following:

    Andrea K. Tantaros
    andreanaktantaros@tutanota.com

Dated: October 17, 2025

Respectfully submitted,

PAUL HASTINGS LLP

By: _____
Paul C. Evans, Bar No. 5824438
paulevans@paulhastings.com
200 Park Avenue
New York, New York 10166
Telephone:  1(212) 318-6000
Facsimile:  1(212) 319-4090

*Attorneys for Counterclaim-Petitioners*
Fox News Network, LLC, Suzanne Scott, Irena Briganti, and Dianne Brandi

1