**EXHIBIT 1 - "October 14, 2025 Email Filing to Pro Se Office Containing of Reply Memorandum in Opposition to Rule 11 Sanctions and Declaration in Support"**

andreanaktantaros@tutanota.com
to: andreanaktantaros@tutanota… +1  Tue, Oct 14 • 23:11

**From**

andreanaktantaros@tutanota.com

**To**

Prose <prose@nysd.uscourts.gov>

**Cc**

Andreanaktantaros <andreanaktantaros@tutanota.com>

2 attachments (474.9 kB)

# Pro Se Filing - Case No. 1:25-01675

Attached please find the following for docketing in case 1:25-cv-01675:

1. PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT FOX NEWS NETWORK, LLC, FOX CORPORATION ANS SUZANNE SCOTT'S MOTION FOR SANCTIONS
2. DECLARATION OF ANDREA TANTAROS IN SUPPORT OF OPPOSITION TO FOX ET AL MOTION FOR SANCTIONS

Thank you,