**Exhibit 2 - "Pro Se Intake Office October 14, 2025 Confirmation of Receipt"**

Pro Se Filing

Pro Se Filing <pro_se_filing@nysd.uscourts.gov>
to: andreanaktantaros@tutanota.com    Tue, Oct 14 • 23:11

# IMPORTANT INFORMATION, PLEASE REVIEW

IMPORTANT INFORMATION, PLEASE REVIEW

Your email has been received by the Pro Se Intake Unit of the United States District Court for the Southern District of New York. (This is not the United States Bankruptcy Court.)

Documents from pro se litigants that meet the required standards for electronic filing will be filed and will appear on the ECF docket within two business days of receipt (see required standards below). If you send your document by email and it is accepted for filing, you should not deliver a hard copy version to the court.

Requirements for Filing a New Action by Email:

- Documents must be attached to the