**Exhibit 4 - "April 16, 2025 Letter to Chief Judge Laura Taylor Swain and Report on SDNY Pro Se Office Procedural Docketing Errors, Recurring Irregularities and Misdirection of Plaintiff / Petitioner Submissions in Case Nos. 1:25-cv-961; 1:25-cv-01675"**

April 16, 2025

The Honorable Laura Taylor Swain
Chief Judge, U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Subject: Judicial Reassignment Letter and Report of Procedural Irregularities Within SDNY Pro Se Office for Administrative Review and Request for Immediate Intervention and Hearing by Chief District Judge Laura Taylor Swain**

Dear Chief District Judge Swain:

I respectfully submit this letter and accompanying documentation for your administrative attention and request for immediate review, judicial intervention and hearing in your capacity as Chief District Judge.

These documents are forwarded directly to you **only** due to previous misdirection and refusal to adhere to your local rules by the SDNY Pro Se Office preventing your receipt. Detailed explanation of same is attached.

The enclosed materials concern procedural irregularities encountered through the SDNY Pro Se Intake Office and reassignment of my GMVA case to Judge Vernon S. Broderick under circumstances that appear inconsistent with Local Rule 13 and the Court's standard protocols.

On April 1, 2025, a letter motion was submitted requesting the reassignment of the GMVA case to a neutral judicial officer due to growing concerns of procedural consolidation bias and case routing irregularities. This letter was intended for your review as Chief District Judge, but was instead routed to Judge Broderick's docket without explanation or opportunity for oversight review, further compounding the procedural harm.

Additionally, enclosed please see a detailed report documenting a multi-week pattern of interference, misrouting, and obstructive behavior originating from the Pro Se Intake Office. This conduct includes mislabeling filings, failure to upload filings, incorrect sequencing of emergency submissions, errant guidance regarding Court docketing matters, and procedural manipulation of critical filings.

These two documents are submitted as a good faith effort to restore clarity, uphold administrative process integrity, and request your direct attention in your capacity as Chief District Judge to the procedural irregularities now well-documented in this matter.

1

**Enclosed Documents:**

**1. Reassignment Letter to Chief District Judge Swain (the original was redirected to Judge Broderick's docket)**

**2. Report on SDNY Pro Se Office Procedural Docketing Errors, Recurring Irregularities and Intentional Misdirection of Plaintiff / Petitioner Submissions**

I respectfully request your immediate review, judicial intervention and hearing in your capacity as Chief District Judge.

Thank you for your attention to the aforementioned critical matters.

Respectfully submitted,

*/s/ Andrea K. Tantaros*

Andrea K. Tantaros
Pro Se Plaintiff / Petitioner

302A West 12th Street
Suite 120
New York, New York 10014
917.923.5160
andreanaktantaros@tutanota.com

**Document 2:**

Date: April 16, 2025

**Report on SDNY Pro Se Office Procedural Docketing Errors, Recurring Irregularities and Intentional Misdirection of Plaintiff / Petitioner Submissions (Case Nos. 1:25-cv-961; 1:25-cv-01675)**

Filed by: Andrea K. Tantaros – Pro Se Petitioner / Plaintiff

### I.     Executive Summary

This report documents a systemic and sustained pattern of judicial interference, administrative obstruction, and procedural sabotage by the Southern District of New York (SDNY) and its Pro Se Intake Office, impairing Petitioner Andrea K. Tantaros' access to timely relief and fair adjudication. These acts, compounded across multiple filings, dockets, and communications, collectively erode public trust in judicial impartiality and violate procedural norms and constitutional guarantees of due process.

### II.    Timeline of Documented Incidents

• February 3, 2025: Emergency TRO / Injunction Petition upload blocked mid-session by Intake staffer 'Curetto,' falsely demanding prepayment before filing. This contradicts SDNY procedure allowing 30-day fee submission. Filing delayed by 24 hours (Case No. 1:25-cv-961).

• February 4: Filing mislabeled as "AMNEDED Petition"—removing Petitioner's Rule 15(a)(1)(B) amendment rights and undermining credibility (Case No. 1:25-cv-961).

• February 18: 'Returned Mail – Unable to forward' entry fabricated despite Petitioner's Feb 5 e-file consent form and correct address. Records Office confirmed no returned mail received or logged. Correct address on file confirmed with Court (Case No. 1:25-cv-961).

• February 19: Filing addressed to Judge Broderick misfiled as 'Letter to Judge Vincent L. Broderick'—an erroneous name. Error uncorrected until repeated requests and escalation (Case No. 1:25-cv-961).

• February 27: Time-sensitive GVMA complaint filed with legal deadline of Mar 1. Intake Office refused expedited docketing, citing volume. No accommodation offered (1:25-cv-01675).

• March 17: 'Returned Mail – Unable to forward' entry fabricated despite Petitioner's February 27 e-file consent form and correct address listed. Records Office confirmed no

5

returned mail received or logged. Correct address on file confirmed with Court (1:25-cv-01675).

• April 1–3: Letter to Chief Judge Swain requesting reassignment of GVMA case misrouted to Broderick's docket after confirmation from Pro Se Office letter would be transmitted directly and only to Chief Judge Swain per her Honor's individual rules regarding communications and Court protocol, violating Local Rule 13 and neutral oversight protocols (1:25-cv-01675).

• April 2: Declaration and exhibits uploaded for TRO Letter Motion to Expedite Ruling, but the Letter Motion itself withheld, reversing filing order and generating misleading optics. Actual Motion docketed only after follow-up call requesting immediate docketing of Motion to Expedite Ruling (Case No. 1:25-cv-961).

• Staffers 'Cal' and 'Nick' gave conflicting responses, refused initial corrections, and misled Petitioner about routing procedure of communications to Chief Judge Swain.

### III. Violated Protocols and Law

- FRCP Rule 15(a)(1)(B): Right to amend as of right was procedurally forfeited by Intake mislabeling.
- FRCP Rule 5 & Rule 77(d): False 'Returned Mail' entries materially endanger Petitioner's standing.
- SDNY Local Rule 13(c): GVMA reassignment to Judge Broderick lacked motion, docket entry, or panel.
- Canon 2 (Judicial Code): Public confidence in the impartiality of the judiciary has been violated.
- Fifth Amendment Due Process Clause: Suppression and sabotage impair fair access to judicial relief.

### IV. Relief and Record Requested

Petitioner / Plaintiff Andrea K. Tantaros respectfully requests immediate review, judicial intervention and a hearing in your capacity as Chief District Judge.

This record is verified and memorialized by phone call logs, timestamped e-filing history, Pro Se Office response notes, and forensic artifacts submitted under seal.

The report is transmitted in full to:


- Chief District Judge Laura Taylor Swain
- Second Circuit Judicial Council (28 U.S.C. § 351)
- DOJ Office of Inspector General

6

- Senate Judiciary Subcommittee on Federal Courts
- SDNY Clerk of Court

Respectfully submitted,

*/s/ Andrea K. Tantaros*

Andrea K. Tantaros
Pro Se Plaintiff / Petitioner