<u>**U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**</u>

ANDREA K. TANTAROS,

*Plaintiff,*

v.

FOX NEWS NETWORK, LLC, FOX
CORPORATION, JOHN T.A. FINLEY,
SCOTT BROWN, SUZANNE SCOTT,
WILLIAM SHINE, THE ESTATE OF ROGER AILES.

*Defendants.*

Case No. 25-cv-01675 (VSB-VF)

---

<u>**CERTIFICATE OF SERVICE - DECLARATION OF ANDREA K. TANTAROS REGARDING SERVICE OF SUMMONS AND COMPLAINT UPON DEFENDANT JOHN T.A. FINLEY**</u>

I, Andrea K. Tantaros, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. On October 24, 2025, the Court granted Plaintiff leave to effectuate service of the Summons and Complaint upon Defendant John T.A. Finley ("Finley") pursuant to CPLR §§ 312-a and 312-b, or alternatively by personal service through a process server.
2. On November 4, 2025, I served Defendant under CPLR § 312(a) by first-class mail with signature and tracking. I mailed:
   A. the Summons and Complaint,
   B. Two (2) copies of the Statement of Service by Mail and Acknowledgment of Receipt, and
   C. A postage-prepaid return envelope for Defendant's execution and return of Acknowledgment of Receipt.
3. Two mailings were sent to Defendant Finley's residential address at 55 Bank Street, Unit 721 in White Plains, NY, 10606 and to his counsel of record, Erin C. Kormann, Esq. of Franzino & Scher, LLC, located at 120 W 45th Street, Suite 2801, New York, New York, 10036. Both addresses are publicly available.
4. To demonstrate the utmost due diligence to the Court, on November 14, 2025, Defendant was also personally served by a licensed process server, pursuant to the Court's order permitting service via this method. The notarized Affidavit of Service executed by the process server is attached as Exhibit 1 – "Affidavit of Service".
5. Photograph of the building where the residence is located with timestamp of service and photograph of the Summons and Complaint affixed to the door of the Finley residence are attached as Exhibit 2 – "Photos - Proof of Service".
6. Plaintiff has thus effectuated service under two (2) methods authorized by the Court by the deadline of November 15, 2025 and provides this certificate of service to confirm full

compliance and efforts under Federal Rule of Civil Procedure 4(l) and by order of The Honorable Valerie Figueredo.

Executed on November 14, 2025

*/s/ Andrea K. Tantaros*

Andrea K. Tantaros, Plaintiff

302A West 12th Street, Suite 102

New York, NY 10014

Tel: 917.923.5160