# EXHIBIT 1 – "Affidavit of Service"

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

INDEX #: 1:25-CV-1675
DATE FILED:
JOB #: 150855
COURT DATE:
COURT TIME:

ANDREA K. TANTAROS

*Plaintiff*

vs

FOX NEWS NETWORK LLC

*Defendant*

STATE OF New York, COUNTY OF Bronx

## AFFIDAVIT OF SERVICE

I, Stephen Bradian, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on 11/14/2025 at 1:44 PM at 55 BANK ST, UNIT 721, WHITE PLAINS, NY 10606, deponent served the within SUMMONS IN A CIVIL CASE, AMENDED COMPLAINT on:

SERVED UPON: JOHN T.A. FINLEY therein named.

AFFIXING TO DOOR: By affixing a true copy of each to the door of said premises, which is recipients Home within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on :

MAIL COPY: On 11/14/2025 deponent completed service by enclosing a copy of same in a first class postpaid properly addressed envelope marked "Personal and Confidential" to the above intended recipient at 55 BANK ST, UNIT 721, WHITE PLAINS, NY 10606 and deposited said envelope at (post office) official depository under exclusive care and custody of the United States Postal Service within New York State. Via Certified Mail #.

Comments:
I affixed the legal documents to the door with tape as requested.

MILITARY SERVICE: Person spoken to was asked whether the recipient was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the recipient is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on 11/14/2025

Nidya Pineda
Notary Public of the State of New York
No. 01PI6122472
State of New York - Bronx County
Commission Expires 2/14/2029



Stephen Bradian
1019553

THANK YOU - PLEASE VISIT US AGAIN AT: MYBRONXPROCESSSERVER.COM