**EXHIBIT 2 – "Photos - Proof of Service"**



