ANDREA K. TANTAROS

December 8, 2025

Hon. Valerie Figueredo
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
500 Pearl Street
New York, New York 10007

**Re: Letter Motion - Plaintiff's Notice to Court Regarding Service of Defendant Finley
Service Effective or, in the Alternative Authorizing Alternative Service**

Plaintiff respectfully submits this filing to notify the Court that service upon Defendant
John T. A. Finley has been completed in compliance with the Order of The Honorable Valerie
Figueredo issued on October 24, 2025 (See ECF No. 113), and that Defendant has not appeared
or responded within the time permitted as of December 5, 2025 (the latest opportunity to respond
within the deadline).

Out of an abundance of caution and respect for this Court's supervisory role over service
issues already before it, Plaintiff seeks confirmation that service is effective before moving the
Clerk for a Certificate of Default under Federal Rule of Civil Procedure.

**Procedural Background**

On October 24, 2025, the Court issued an Order allowing and extending service on
Defendant Finley by first-class mail under 4(e)(1) pursuant to CPLR § 312-a(a) or by process
server, with a deadline of November 15, 2025.

On November 4, 2025, Plaintiff served both Defendant and his last known counsel of record,
Erin C. Kormann, by first-class tracked, signature-required mail, including the Summons and
Complaint, the acknowledgment of service, and two (2) copies of the certificate of service,
exactly as directed by CPLR § 312a-(a).

Neither Defendant nor his counsel signed or returned the acknowledgment of service.

On November 14, 2025, Plaintiff went above and beyond to also effectuate service through a
process server who gained access to Defendant's residence and affixed the Summons and
Complaint to Defendant's door after the Defendant was found absent. Plaintiff promptly filed the
Certificate/Declaration of Service, timestamped photographs, and the affidavit of the process
server with the Court on November 14, 2025 (See ECF No. 123).

To date, Defendant Finley has not appeared, answered, or otherwise defended in this action,
and the time to do so has expired.

**Issue Presented**

Service was performed using all methods expressly authorized by The Honorable Valerie Figueredo. However, given Defendant's ongoing evasion and the lack of acknowledgment returned under CPLR § 312(a), Plaintiff seeks the Court's confirmation that service is effective under the Court's Order before proceeding with default-related relief.

**Legal Basis**

Plaintiff has exercised all Court-approved methods of service. Defendant is actively evading service, has actual notice of this litigation based on prior involvement through counsel, and upon direct confirmation, is being assisted in remaining concealed by a related corporate party with substantial liability.

**Relief Requested**

Plaintiff respectfully requests that the Court:

1. Issue an Order deeming service effective as completed under the Court's October 24, 2025 Order; and
2. Confirm that Defendant's deadline to plead or otherwise respond has passed and he is now in default;

OR, in the alternative:

3. Grant Plaintiff leave to effectuate alternative service via service by publication, or via social media with a clear deadline for Defendant to respond so that this case may proceed without further delay or evasion.

**Intent to Proceed with Default**

Once the Court confirms that service is effective, Plaintiff intends to promptly request a Clerk's Certificate of Default under FRCP 55(a) and thereafter move for default judgment.

Respectfully submitted,

*/s/ Andrea K. Tantaros*

Andrea K. Tantaros, *Plaintiff*
302A West 12th Street, Ste. 120
New York, NY 10014
Tel: 917.923.5160

2