**EXHIBIT 1 - "Time-Stamped Evidence from Licensed Process Server of Empty Apartment of John T.A. Finley on November 13, 2025"**







