**U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____

ANDREA K. TANTAROS,

                                  Case No. 25-cv-01675 (SHS-VF)

*Plaintiff*,

v.

FOX NEWS NETWORK, LLC, FOX
CORPORATION, JOHN FINLEY,
SCOTT BROWN, SUZANNE SCOTT,
WILLIAM SHINE, THE ESTATE OF ROGER AILES.

*Defendants*.

_____

**NOTICE OF MOTION**

PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(b)(1)

PLEASE TAKE NOTICE that upon the accompanying Declaration of Andrea K. Tantaros, dated

April 27, 2026, together with the exhibits annexed thereto, and all prior proceedings in this

action, Plaintiff Andrea K. Tantaros will move this Court, before the Honorable Sidney H. Stein,

United States District Judge, at the United States Courthouse, Southern District of New York, for

an Order pursuant to Federal Rule of Civil Procedure 60(b)(1):

1. Granting relief from the Court's March 27, 2026 Order (ECF No. 130);
2. Correcting the Court's finding that Plaintiff failed to serve Defendant Scott Brown at any time;
3. Alternatively, granting Plaintiff an extension of time to effect service in the interest of justice;
4. Clarifying that Plaintiff's claim is timely under the governing statutory framework;
5. Vacating the dismissal without prejudice as to Defendant Scott Brown; and

6.  Granting such other and further relief as the Court deems just and proper.

Dated: April 27, 2026

Respectfully submitted,

Andrea K. Tantaros

302A West 12th  Street

120

New York, New York 10014